Suzy C. Moore, Esq.
LAW OFFICES OF SUZY C. MOORE
4730 Third Street, Suite B
La Mesa, CA 91941
Telephone: (619) 469-9490
Facsimile: (6129) 469-9419

Attorneys for Plaintiff Dana Morgan-Hovind

HUGHES & NUNN LLP
William D. Hughes (SB #60370)
Melissa K. Mixer (SB #167611)
401 "B" Street, Suite 1250
San Diego, CA 92101
Telephone (619) 231-1661
Facsimile (619) 236-9271

Attorneys for Defendant Auxilium Pharmaceuticals, Inc.

FILED
2007 MAR -2 AM 8:41
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA MORGAN-HOVIND,<br><br>Plaintiff,<br><br>v.<br><br>AUXILIUM PHARMACEUTICALS INC., a business entity, form unknown and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 06 CV 2800 L POR<br><br>JOINT MOTION AND STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE |

## I.

### STIPULATION

THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, in support of this joint motion to dismiss, hereby stipulate pursuant to FRCP 41(a)(1) to the dismissal *with*

////

////

1 | *prejudice* of the above-captioned action.

2 |     IT IS SO STIPULATED:

3 | Dated: February 28, 2007      LAW OFFICES OF SUZY C. MOORE

 

                                                By:    s/Suzy C. Moore
                                                              Suzy C. Moore

Attorneys for Plaintiff Dana Morgan-Hovind

Dated: February 28, 2007      HUGHES & NUNN LLP

                                           By:    s/William D. Hughes
                                                      William D. Hughes
                                                         Melissa K. Mixer

Attorneys for Defendant Auxilium Pharmaceuticals, Inc.

## II.

## ORDER

IT IS HEREBY ORDERED that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure the above-captioned action is dismissed *with prejudice*.

DATED: 3/1/07                                     [signature]
                                                          M. JAMES LORENZ
                                                         United States District Judge